# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0091

VERSUS

JACKELL CRIER                                         **MARCH 15, 2021**

---

In Re:   State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 20-WFLN-346/347.

---

**BEFORE:   McDONALD, HOLRIDGE, AND PENZATO, JJ.**

   **WRIT GRANTED.** The ruling of the district court granting the defendant's motion to suppress is reversed, and this matter is remanded to the district court for further proceedings. Considering the totality of the circumstances, the defendant's statement was given to the detective freely and voluntarily, was independent of the internal investigation and confession given therein, and was not the result of intimidation, threats, inducements, or promises.

                              **JMM**
                              **GH**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
          FOR THE COURT